**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DAWNYELL FLYNN, | Case No. 2:24-cv-00563-APG-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| TODD WILLIAMS, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's Objection to the Court's May 21, 2024 Report and Recommendation. ECF No. 5. The Court recommended that the case be dismissed because Plaintiff failed to complete her *in forma pauperis* ("IFP") application or pay the filing fee by the May 1, 2024 deadline. ECF No. 4. The Court interprets Plaintiff's Objection as a motion for reconsideration.

Plaintiff represents that she did not understand that she had to file a complete IFP application in each of her separate cases. ECF No. 5. She states that because she filed a complete application in another case in this district, she was under the impression that the application would suffice for this case as well. *Id.* She also indicates that she has been experiencing issues with receiving her mail and therefore did not receive the Court's order directing her to complete her application (ECF No. 3). *Id.*

Based on Plaintiff's representations, it is clear to the Court that she did not intend to abandon her case, as the Court originally believed when it issued its Report and Recommendation. *See* ECF No. 4. Given Plaintiff's intent to proceed, the Court will vacate its Report and Recommendation and give Plaintiff an additional 30 days to complete his IFP application.

**IT IS THEREFORE ORDERED** that the Court's Report and Recommendation (ECF No. 4) is VACATED.

**IT IS FURTHER ORDERED** that Plaintiff must either file an IFP application or pay the $405 filing fee by **July 5, 2024**.

**IT IS FURTHER ORDERED** that the Clerk of Court is to send Plaintiff the approved form application to proceed IFP by a prisoner, as well as the accompanying information form and instructions for filing the application.

DATED: June 5, 2024

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE