UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAWNYELL FLYNN,<br><br>  Plaintiff,<br><br>  v.<br><br>TODD WILLIAMS, et al.,<br><br>  Defendants. | Case No.: 2:24-cv-00563-APG-BNW<br><br>**ORDER** |

On June 24, 2024, this Court denied the application to proceed *in forma pauperis* without prejudice as incomplete because Plaintiff failed to submit a financial certificate and an inmate trust fund account statement for the previous six-month period with it. ECF No. 9. Shortly thereafter, Plaintiff filed her missing financial documents. ECF No. 10.

**IT IS THEREFORE ORDERED** that the Court considers Plaintiff's Application to Proceed *in forma pauperis* (ECF No. 8) to be complete.

**IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed *in forma pauperis* (ECF No. 8) is GRANTED.

Plaintiff is advised that the Court will screen her complaint (ECF No. 1-1) in the ordinary course.

DATED: July 23, 2024

_____
UNITED STATES MAGISTRATE JUDGE